No. <u>01-15-00400-CV</u>

| | | |
|---|---|---|
| IN RE DAVID WARREN, | § | IN THE FIRST |
| *Relator.* | § | |
| | § | |
| | § | COURT OF APPEALS |
| | § | |
| | § | |
| | § | |
| | § | HOUSTON, TEXAS |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/29/2015 2:33:25 PM
CHRISTOPHER A. PRINE
Clerk

## RELATOR'S MOTION FOR EMERGENCY STAY

Relator asks the Court for an emergency stay on the trial court proceedings.

## A. INTRODUCTION

1. Relator is David W. Warren, the Real Party in Interest is Andy I. Weiner, and the Respondent is the Honorable Christine Butts.

2. Relator files his Petition for Writ of Mandamus concurrently with this Motion for Emergency Stay.

3. Relator attaches a certificate of compliance certifying that on April 29, 2015, he notified Respondent and Real Party in Interest by fax and email that a motion for temporary relief would be filed. (Tex. R. App. P. 52.10(a)).

4. On March 10, 2015 Relator nonsuited his case and on March 16, 2015 Respondent signed his order of dismissal.

5. Because Relator was the sole petitioner in the case, his dismissal should have summarily ended the case. *Greenberg v. Brookshire*, 640 S.W.2d 870, 872 (Tex. 1982). Nonetheless, Respondent has allowed the Real Party in Interest to

1

join Relator in a Counter and Cross-Petition filed *after* Relator nonsuited his case and *after* she signed his Order of Dismissal. Trial of this case is set for July 6, 2015.

6. Relator has filed a Petition for Writ of Mandamus contemporaneously with this Motion for Emergency Stay asking the Appeal Court to compel the Respondent to proceed no further in this case.

7. Relator's Petition for Writ of Mandamus raises serious questions about Respondent's jurisdiction to rule on matters pertaining to a nonsuited case after her plenary power has expired.

8. Respondent continues to hear discovery matters pending at the time Relator nonsuited his case, including a dispute over a discovery subpoena served on Rice University to produce Relator's confidential education records protected by the Family Educational Rights and Privacy Act of 1974 (FERPA).

9. Respondent has physical possession of the records *in camera* and has determined that they should be released.

10. Accordingly, Relator is in imminent danger that his privacy rights under FERPA will be violated without a stay on the proceedings in this case. Absent a stay, he will not be able to cure Respondent's discovery errors.

## B. ARGUMENT & AUTHORITIES

11. The Court may grant temporary relief pending its determination of an

original proceeding. (Tex. R. App. P. 52.10(b)).

12. This emergency stay is necessary to maintain the status quo of the parties and to preserve the Appeal Court's jurisdiction to consider the merits of the original proceeding. *In re Reed*, 901 S.W.2d 604, 609 (Tex. App.—San Antonio 1995, orig. proceeding).

## C. CONCLUSION

13. Relator requests an emergency stay on the trial court proceedings to prevent the violation of his privacy rights under FERPA and to prevent Respondent from making further rulings in this case if it is ultimately determined that she lacks jurisdiction over this case.

## D. PRAYER

14. For the reasons stated in this motion, Relator asks the Court for an emergency stay to maintain the status quo of the parties and preserve the Court's jurisdiction to consider the merits of Relator's original proceeding.

Respectfully submitted,
Cantrell & Cantrell, PLLC
/s/ Carol A. Cantrell
Carol A. Cantrell
State Bar No. 24043592
3700 Buffalo Speedway, Ste. 520
Houston, Texas 77098
(713) 333-0555
(713) 333-0550 (facsimile)
ATTORNEY FOR RELATOR

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with counsel for the Real Party in Interest and counsel for Katherine Warren by email and I have also conferred with Respondent's associate judge by email and have attempted in good faith to reach an agreement about the motion to stay. We have been unable to reach an agreement because the Real Party in Interest and the Respondent wish to continue the trial court proceedings.

/s/ Carol A. Cantrell
Attorney for Relator

## CERTIFICATE OF SERVICE

I certify that a copy of Relator's Motion for Emergency Stay was served on the parties below by electronic service on April 29, 2015.

| | |
|---|---|
| Sarah Patel Pacheco | Thomas R. Conner |
| Kathleen Tanner Beduze | Conner & Lindamood, P.C. |
| Crain Caton & James | 1221 Lamar, Suite 1010 |
| Five Houston Center, | Houston, TX 77010 |
| 1401 McKinney, 17th Floor | tom@lawcl.com |
| Houston, TX 77010 | 713-654-8115 (facsimile) |
| pacheco-efile@craincaton.com | ATTORNEY FOR KATHERINE R. |
| 713-658-1921 (facsimile) | WARREN |
| ATTORNEY FOR ANDY | |
| WEINER | |

I certify that a copy of Relator's Motion for Emergency Stay was served on Respondent Christine Butts by hand delivery on April 29, 2015 to the following

4

address.

  The Honorable Christine Butts
  Probate Court No. 4, Harris County
  201 Caroline St., 7th Floor
  Houston, Texas  77002
  Tel: 713-368-6767

/s/ Carol A. Cantrell
Attorney for Relator

## CERTIFICATE OF COMPLIANCE

Under Texas Rule of Appellate Procedure 52.10(a), I certify that on April 29, 2015 I notified all parties to the original proceeding by email and fax that a motion for temporary relief would be filed.

/s/ Carol A. Cantrell
Attorney for Relator

STATE OF TEXAS          §
HARRIS COUNTY           §

## <u>VERIFICATION</u>

  Before me, the undersigned notary, on this day personally appeared Carol A. Cantrell, the affiant, a person whose identity is known to me. After I

administered an oath, affiant testified as follows:

1. "My name is Carol A. Cantrell. I am over 18 years of age, of sound mind, and capable of making this verification. The facts in this verification are within my personal knowledge and are true and correct.

2. I am the attorney for Relator. All the documents included with the Motion for Emergency Stay are true copies."

_Carol Cantrell_
Carol A. Cantrell
Attorney for Relator

Sworn to and subscribed before me by Carol A. Cantrell on April 29, 2015.

_Laurie Booher_
Notary Public in and for
the State of Texas

LAURIE BOOHER
Notary Public, State of Texas
My Commission Expires
May 12, 2018

My commission expires: May 12, 2018

6